**Rodney Carver BRIGGS, Jr.,**
**Plaintiff-Appellant,**

v.

**Fernando TUVERA; et al.,**
**Defendants-Appellees.**

No. 16-15336

United States Court of Appeals, Ninth Circuit.

Submitted December 14, 2016 *

Filed December 22, 2016

Rodney Carver Briggs, Jr., Pro Se

Micah Charles Edmonds Osgood, Attorney, California Department of Justice, San Francisco, CA, for Defendant-Appellee

Before: WALLACE, LEAVY, and FISHER, Circuit Judges.

MEMORANDUM **

Rodney Carver Briggs, Jr., a former California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004), and we affirm.

The district court properly granted summary judgment because Briggs failed to raise a genuine dispute of material fact as to whether defendants were deliberately indifferent to his chronic back pain. *See id.* at 1057–60 (a prison official is deliberately indifferent only if he or she knows of and disregards an excessive risk to inmate health; a difference of opinion concerning the course of treatment, medical malpractice, or negligence in diagnosing or treating a medical condition does not amount to deliberate indifference).

The district court did not abuse its discretion by denying Briggs's motions to appoint counsel because Briggs did not demonstrate any exceptional circumstances. *See Palmer v. Valdez*, 560 F.3d 965, 970

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

(9th Cir. 2009) (setting forth standard of review and requirement of exceptional circumstances for appointment of counsel).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.